UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
BDS III NY 1369 Broadway LLC,

          Plaintiff,

     -v-

Joshua Goldberg,

          Defendant.
```

24-cv-2814 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On May 24, 2024, defendant Joshua Goldberg filed a motion to dismiss for failure to state a claim. See Notice of Def. Mot. to Dismiss, ECF No. 11. After holding oral argument on the motion, and upon due consideration of the parties' written submissions, the Court hereby denies the motion to dismiss. An Opinion explaining the reasons for this ruling will issue in due course.

The Clerk of Court is respectfully directed to close docket entry number 11.

SO ORDERED.

New York, NY
July 22, 2024

JED S. RAKOFF, U.S.D.J.

1